**CARPENTER & ZUCKERMAN**

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANDREA KEPLER, an individual; CRISTINA HOLANDEZ, individually and on behalf of all others similarly situated, | Case No.: 8:23-cv-00513-DOC-JDE |
| | **COLLECTIVE ACTION** |
| Plaintiffs, | **JUDGMENT IN FAVOR OF PLAINTIFF CRISTINA HOLANDEZ AGAINST DEFENDANTS MIKE WALNUT, INC. DBA FANTASY CASTLE GENTLEMEN'S CLUB, AND MIKE MUDARIS [25]** |
| vs. | |
| MIKE WALNUT INC. dba FANTASY CASTLE GENTLEMEN'S CLUB, a California Corporation; MIKE MUDARIS, an individual;; DOE MANAGERS 1-3; and DOES 4-10. inclusive, | |
| | Complaint Filed: May 21, 2023 |
| Defendants. | |

On May 2, 2023, defendants Mike Walnut, Inc., dba Fantasy Castle Gentlemen's Club, and Mike Mudaris (collectively "Defendants") served plaintiff Cristina Holandez ("Plaintiff" or "Holandez") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of TWO THOUSAND FIVE-HUNDRED U.S. DOLLARS ($2,500.00), **exclusive** of reasonable attorneys' fees and costs. On May 3, 2023, Plaintiff accepted the offer. *See* Dkts. 20, 23.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall recover from Defendants, jointly and severally, the total sum of TWO THOUSAND FIVE-HUNDRED U.S. DOLLARS ($2,500.00), **exclusive** of attorneys' fees and costs.

On May 12, 2023, Defendants and Plaintiff filed a Joint Stipulation regarding the attorneys' fees and costs owed to counsel, wherein Defendants agreed to pay Counsel for Plaintiff TWO THOUSAND FIVE-HUNDRED U.S. DOLLARS ($2,500.00) on or before May 25, 2023.

Accordingly, it is **ORDERED AND ADJUDGED** that judgment is entered for Plaintiff and against Defendants for the total sum of TWO THOUSAND FIVE-HUNDRED U.S. DOLLARS ($2,500.00), **exclusive** of reasonable attorneys' fees and costs, and

That judgment is entered for Counsel for Plaintiff and against Defendants for the total sum of TWO THOUSAND FIVE-HUNDRED U.S. DOLLARS ($2,500.00).

**IT IS SO ORDERED.**

Dated: May 31, 2023

*/s/ David O. Carter*
Hon. David O. Carter
United States District Judge