John P. Kristensen (SBN 224132)
Justice D. Turner (SBN 336579)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone: 310-273-1230
Facsimile:  310-858-1063
*kristensen@cz.law*
*jturner@cz.law*
*kristensenteam@cz.law*

*Attorney for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANDREA KEPLER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MIKE WALNUT INC. dba FANTASY CASTLE GENTLEMEN'S CLUB, a California Corporation; MIKE MUDARIS, an individual; DOE MANAGERS 1-3; and DOES 4-10. inclusive, <br><br> Defendants. | Case No.: 8:23-cv-00513-DOC-JDE <br><br> **COLLECTIVE ACTION** <br><br> **NOTICE OF SETTLEMENT** <br><br> Complaint Filed: March 21, 2023 |

**NOTICE OF SETTLEMENT**
-1-

**COMES NOW** plaintiff Andrea Kepler ("Plaintiff"), by and through undersigned counsel, and inform this Court that Plaintiffs and Defendants Mike Walnut, Inc. dba Fantasy Castle Gentlemen's Club, and Mike Mudaris ("Defendants") have reached an agreement to settle the above-referenced matter. Plaintiff requests that this Court vacate all pending dates and deadlines and allow thirty (30) days within which to file a Motion for Settlement Approval.

Dated: July 20, 2023

**CARPENTER & ZUCKERMAN**

*/s/ Justice D. Turner*
John P. Kristensen
Justice D. Turner
***Attorneys for Plaintiffs***

# CERTIFICATE OF SERVICE

I certify that on Thursday, July 20, 2023 a true and correct copy of the attached **NOTICE OF SETTLEMENT** was served via CM/ECF upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Anand Mathew
Devon M. Lyon
**LYON LEGAL PC**
1154 East Wardlow Road
Long Beach, California 90807
T: 562-216-7382
F: 562-216-7385
*a.mathew@lyon-legal.com*
*d.lyon@lyon-legal.com*

*Attorneys for Defendants Mike Walnut, Inc. dba Fantasy Castle Gentlemen's Club and Mike Mudaris*

*/s/ Justice D. Turner*
Justice D. Turner