JS-6

# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA KEPLER, individually and on behalf of all others similarly situated, | Case No.: 8:23-cv-00513-DOC-JDE <br><br> **COLLECTIVE ACTION** |
| Plaintiff, | |
| vs. | **JUDGMENT IN FAVOR OF PLAINTIFF ANDREA KEPLER AGAINST DEFENDANTS MIKE WALNUT, INC. DBA FANTASY CASTLE GENTLEMEN'S CLUB, AND MIKE MUDARIS** |
| MIKE WALNUT, INC dba FANTASY CASTLE GENTLEMEN'S CLUB, a California Corporation; MIKE MUDARIS, an individual; DOE MANAGERS 1- 3; and DOES 4-10, inclusive, | |
| Defendants. | Complaint Filed: March 21, 2023 |

1  On April 17, 2024, defendants Mike Walnut, Inc., dba Fantasy Castle Gentlemen's Club, and Mike Mudaris (collectively "Defendants") served plaintiff Andrea Kepler ("Plaintiff" or "Kepler") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of FIFTEEN THOUSAND U.S. DOLLARS ($15,000.00), inclusive of reasonable attorneys' fees and costs. On April 17, 2024, Plaintiff accepted the offer. *See* Dkt. 47.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall recover from Defendants, jointly and severally, the total sum of FIFTEEN THOUSAND U.S. DOLLARS ($15,000.00), inclusive of attorneys' fees and costs.

Accordingly, it is **ORDERED AND ADJUDGED** that judgment is entered for Plaintiff and against Defendants for the total sum of FIFTEEN THOUSAND U.S. DOLLARS ($15,000.00), inclusive of reasonable attorneys' fees and costs, and

**IT IS SO ORDERED.**

Dated: May 2, 2024

_____
Hon. David O. Carter
United States District Judge